THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Honorable Susan V. Kelley
    United States Bankruptcy Judge

DATED:   July 21, 2009



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                                             Chapter 13

Valerie Jones,                             Case No. 07–25336–svk
            Debtor.

**Order Requiring Filing of Amended Proof of Claim
In Compliance with Privacy Rule**

    Or or about August 15, 2007, Aurora Medical Group (the "Claimant") filed Proof of Claim No. which contained personal information in violation of Fed. R. Bank. P. 9037, and, in response to the Claimant's request, the Clerk has restricted said document from public viewing. An Amended Claim should be filed that masks or "redacts" the personal information that violates the privacy rule.

    **IT IS ORDERED** that the Claimant shall file an Amended Proof of Claim, redacting the following information if relevant.

        social security numbers shall include only the last four digits;
        birth dates shall include only the year of the individual's birth
        individual minors shall only be indentified by their initials; and
        funancial accounts shall include only the last four digits of the account number.

    **IT IS FURTHER ORDERED** that the redacted Amended Proof of Claim shall clearly indicate that it is a redacted version of Claim No. 5.

    **IT IS FURTHER ORDERED** that if the Amended Proof of Claim is not filed within 20 days of the date of this Order, the court reserves the right to strike the orginal proof of claim.

                                              ####